In the Matter of Robert K. GOLDEN, Bankrupt, Plaintiff-Appellant,

v.

Renee GOLDEN, Defendant-Appellee.

No. 1117, Docket 76–5015.

United States Court of Appeals, Second Circuit.

Argued June 3, 1976.

Decided June 3, 1976.

George Friedman, New York City, for plaintiff-appellant.

Aaron Gelbwaks, New York City (Gelbwaks & Pollack, New York City, on the brief), for defendant-appellee.

Before KAUFMAN, Chief Judge, CLARK, Associate Justice,* and TIMBERS, Circuit Judge.

PER CURIAM:

We affirm for the reasons stated in Judge Weinfeld's opinion below, 411 F.Supp. 1076 (D.C.1976).

* United States Supreme Court, retired, sitting by designation.